NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 913

IN RE AFFYMETRIX, INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Western District of Wisconsin in case no. 09-CV-277, Judge Barbara B. Crabb.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Affymetrix, Inc. moves for leave to file a reply in support of its petition for a writ of mandamus. Illumina, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ron E. Shulman, Esq.
Jeffrey N. Costakos, Esq.
Clerk, United States District Court for the Western District of Wisconsin

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2010

JAN HORBALY
CLERK